**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 97-20973

SONDRA MCGUIRE, ET AL.,

Plaintiffs,

SONDRA MCGUIRE; JAMES A. MCGUIRE,

Plaintiffs-Appellants,

versus

ROY D. HOUSE; ET AL.,

Defendants,

ROY D. HOUSE; DON SANDER; LESTER
BLIZZARD; NATIONAL INSURANCE CRIME
BUREAU; BUSH & MCCAFFREY; HARRIS
COUNTY, TEXAS,

Defendants-Appellees.

*********

JAMES A. MCGUIRE,

Plaintiff-Appellant,

versus

PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY, ET AL.,

Defendants,

PROGRESSIVE COUNTY MUTUAL INSURANCE
COMPANY; MAURICE PARKER & ASSOCIATES;
DENNIS PARKER; ROY D. HOUSE, CITY OF
HOUSTON, TEXAS; PROGRESSIVE CORPORATION;
MAURICE ALEXANDER PARKER, JR.; GINA
VICTORIANO; HARRIS COUNTY, TEXAS; GLENN
GOTSCHALL; DONNA GOODE,

Defendants-Appellees.

*********

RON MCGUIRE,

Plaintiff-Appellant,

versus

PROGRESSIVE COUNTY MUTUAL INSURANCE
COMPANY; THE PROGRESSIVE CORPORATION;
DENNIS PARKER; HARRIS COUNTY, TEXAS;
M. PARKER & ASSOCIATES; MAURICE ALEXANDER
PARKER, JR.; GINA VICTORIANO; ROY D. HOUSE;
CITY OF HOUSTON, TEXAS; GLENN GOTSCHALL;
LESTER BLIZZARD; DONNA GOODE,

                                        Defendants-Appellees.

---

Appeals from the United States District Court
for the Southern District of Texas
(H-97-CV-1882)

---

September 13, 1999

Before POLITZ, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Plaintiffs-appellants appeal an adverse summary judgment and rulings in their action against the several defendants-appellees. Having considered the briefs and oral arguments of the parties and all pertinent parts of the record, and finding no reversible error, the district court, in all respects herein, is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.